## (July 20, 1973)

■ In the Matter of the COMMUNITY LEGAL RIGHTS FOUNDATION, INC., for Approval of a Community Lawyer Project.— Petition of Community Legal Rights Foundation, Inc., for approval, pursuant to subdivision 5 of section 495 of the Judiciary Law, granted for a period ending March 15, 1974, upon the terms and conditions set forth in our decision in *Matter of Monroe County Legal Assistance Corp.* (*Chemung County Office*) (42 A D 2d 799), and upon the further condition that the project be supervised by an advisory committee comprised of attorneys at law. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Kane, JJ., concur.

■ In the Matter of FRANCIS MARTOCCI for Reinstatement as an Attorney and Counselor at Law.— Petitioner, who was suspended from the practice of law [38 A D 2d 667] for a period of one year by order of this court dated January 7, 1972, applies for reinstatement, stating that he has in all respects complied with the conditions of the suspension order. The New York State Bar Association advises that it has no opposition to the application. Accordingly, the application is granted and petitioner reinstated as an attorney and counselor at law in good standing. Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.

■ In the Matter of HOWARD R. WALL, JR. for Reinstatement as an Attorney and Counselor at Law.— Petitioner, who was suspended from the practice of law [38 A D 2d 995] for a period of one year by order of this court dated March 10, 1972, applies for reinstatement, stating that he has in all respects complied with the conditions of the suspension order. The New York State Bar Association advises that it has no opposition to the application. Accordingly, the application is granted and petitioner reinstated as an attorney and counselor at law in good standing. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Reynolds, JJ., concur.